1
2                    **UNITED STATES DISTRICT COURT**
3                    **EASTERN DISTRICT OF WASHINGTON**
4
5  MELLANIE S. SMITH,                )
                                     )
6          Plaintiff,                )
                                     )           NO.  CV-08-366-JPH
7          vs.                       )
                                     )           **JUDGMENT IN A**
8  MICHAEL J. ASTRUE,                )           **CIVIL CASE**
   Commissioner of Social Security,  )
9                                    )
           Defendant.                )
10                                   )
   _____)
11

12         **DECISION BY THE COURT:**

13         This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15         **IT IS ORDERED AND ADJUDGED** that:

16         Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18         DATED this 23rd day of September, 2009.

19                                          JAMES R. LARSEN
                                            District Court Executive/Clerk
20

21

22                                          by: _s/ Karen White_____
                                                    Deputy Clerk
23

24  cc: all counsel

25

26